BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00436-LJO-SKO |
| Plaintiff, | AMENDED PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| VICTOR HOMERO NIETO, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Victor Homero Nieto, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323, defendant Victor Homero Nieto's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of and destroyed according to law:

    a. 118 Counterfeit DVDs
    b. 383 Counterfeit Sandisk memory cards
    c. 15 Counterfeit Apple
    d. 14 Counterfeit Angry Bird games
    e. 90 USBs drives
    f. HP Desktop Model #PCM260N, SN: MXK3281CMX
    g. HP Laptop Model #Mini110, SN: CNU9214FS5
    h. Western Digital External hard drive, SN: WMA2A2640316M
    i. Black Boost mobile SN: 320813391057
    j. Olympus SP700 Digital Camera

    k. 24 Music Angel mini speakers model #JH-MAUK2
    l. 21 Music Angel mini speakers model #JH-MD08
    m. 14 Music Angel mini speakers model #JH-MAUK3
    n. 80 Music Angel mini speakers model #JH-MD05X
    o. 70 Music Angel mini speakers model #JH-MD07
    p. 5 Shockwave intelligence speakers model #C350
    q. 6 miscellaneous counterfeit packaging items
    r. 21 Abble wall chargers
    s. 37 USB car chargers
    t. Apple 8GB iPod
    u. Think Box mini speaker
    v. 4 Nintendo 3DS XL games
    w. 81 Micro SD adaptors with R4 ITT packaging
    x. 362 Micro SD adaptors
    y. 3 R4 ITT adaptors with 4GB memory cards
    z. 7 Micro SD adaptors with 4GB memory cards
    aa. 41 R4 ITT adaptors
    bb. 3 ledger and receipt books
    cc. Box of business cards
    dd. Miscellaneous documents
    ee. Box with shipping labels
    ff. Blue Ray DVD
    gg. Angry Birds headphones
    hh. 256MB Micro SD card
    ii. 2GB Micro SD card
    jj. 32GB Micro SD card
    kk. 52 4GB Micro SD cards
    ll. 27 8GB Micro SD cards
    mm. 20 Micro SD adaptors & Micro SD 4GB memory cards
    nn. 30 Micro SD 4GB memory cards
    oo. 22 Music Angel mini speakers model #JH-MD08
    pp. 38 Music Angel mini speakers model #JH-MD07
    qq. 20 Music Angel mini speakers model #JH-MAUK5B
    rr. 30 Music Angel mini speakers model #JH-MAUK3
    ss. Kaidaer speaker KD-MN02
    tt. Invoice and package labels
    uu. 36 GB Station Lights
    vv. 2 PVP Station Lights
    ww. 2 Pocket Boys
    xx. 2 XP II pockets
    yy. 2 PXP Go
    zz. 2 NBS Lights
    aaa. Shipping box and label
    bbb. Gameboy Advance Sp System
    ccc. Nintendo DSI XL System
    ddd. Nintendo DSI System
    eee. Nintendo Wii System with two controllers
    fff. Play Station Portable console
    ggg. Garmin Nuvi Model #1350

  2. The above-listed assets constitute articles, the making or trafficking of which is prohibited under 17 U.S.C. § 506, or property used, or intended to be used, in any manner or part to

commit or facilitate the commission of the aforementioned violation, and/or is property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the aforementioned violation, all in violation of 18 U.S.C. § 2323.

3. Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Under 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of

Forfeiture under 18 U.S.C. § 2323, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **November 13, 2013**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE